

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2021

No. 04-20-00579-CV

**R&S GROUP, LLC D/B/A RIGHT SOURCE CONSTRUCTION**,
Appellant

v.

**SCOTTSDALE INSURANCE COMPANY**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2018CV05292
Honorable David J. Rodriguez, Judge Presiding

**ORDER**

This appeal is DISMISSED. Appellee shall recover any costs incurred for this appeal from appellant.

It is so **ORDERED** on January 6, 2021.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2021.

Michael A. Cruz, Clerk of Court